# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| SEAN J. FLOYD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket Nos. 1:23-cv-00378-NT |
| | )                1:23-cv-00379-NT |
| WALDO COUNTY SHERIFF'S | ) |
| DEPARTMENT, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISIONS
## OF THE MAGISTRATE JUDGE

On May 10, 2024, the United States Magistrate Judge filed with the Court, with copy to the Plaintiff, her Recommended Decisions after a preliminary review of the Plaintiff's Complaints under 28 U.S.C. § 1915. Recommended Decision, No. 1:23-cv-278 (ECF No. 8); Recommended Decision, No. 1:23-cv-279 (ECF No. 8). The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decisions of the Magistrate Judge are hereby **ADOPTED**. It is further **ORDERED** that, in accordance with 28 U.S.C. § 1915(e)(2)(B), the Plaintiff's complaints are **DISMISSED**.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 10th day of June, 2024.